

FILED by ___ D.C.

ELECTRONIC

**March 9, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 09-CV-80399-Dimitrouleas-Rosenbaum

**ALEXANDRIA S. DEJESUS**

    **Plaintiff,**

    **v.**

**WEST ASSET MANAGEMENT, INC.**

    **Defendant.**

_____/

    **Judge:**

    **Case no:**

## ORIGINAL COMPLAINT
### (& Jury Demand)

Comes now, the Plaintiff, **Alexandria S. DeJesus** (Hereinafter referred to as "**the Plaintiff**"), on behalf of herself and by and through undersigned counsel, who files this original complaint against the Defendant, West Asset Management, Inc. (hereinafter referred to as "**WAM**"), and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq., (hereinafter referred to as the "**FDCPA**") and the Florida Consumer Collection Practices Act - FS §559 *et seq.,* (hereinafter referred to as the "**FCCPA**").

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. §1367.

3. The Defendant **WAM** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **WAM** is a "debt collector" as defined by the FDCPA and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

## VENUE

4. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

   a. The violations of the FDCPA alleged below occurred and/or were committed in **Palm Beach County,** State of Florida within the Southern District of Florida;

   b. At all times material hereto, the Defendant **WAM**, was and continues to be a corporation engaged in business activities in Palm Beach County, Florida and as such is a citizen of the State of Florida.

5. The plaintiff, is an individual residing in Palm Beach County, Florida and is a "consumer" as that term is defined by 15 U.S.C. §1692 et seq.

## FACTS COMMON TO ALL COUNTS

6. Plaintiff is an "individual consumer" as defined by the FDCPA and is alleged to have incurred a financial obligation for primarily personal, family or household

purposes, or more specifically an alleged debt with the Office of Student Financial Assistance, which was subsequently assigned to Defendant **WAM**.

7. On or around February 3, 2009, Plaintiff, through counsel, sent a validation request to Defendant **WAM** seeking verification of the alleged debt that Defendant **WAM** was attempting to collect from the Plaintiff.

8. On or around February 27, 2009, Defendant **WAM**, despite knowing that Plaintiff was represented by counsel on the alleged debt in question, directly contacted Plaintiff with a demand letter for payment of the debt Plaintiff's counsel had requested validation.

9. At no time did Defendant **WAM** attempt to contact Plaintiff's counsel about this direct contact, nor did Plaintiff's counsel authorize such direct contact between Plaintiff and Defendant **WAM**.

10. To date, Defendant **WAM** has failed to provide any validation response to the Plaintiff.

11. Therefore, the Defendant **WAM** has purposefully and willfully attempted to collect a debt in violation of §1692 et seq.

## COUNT ONE

## VIOLATION OF THE FDCPA – 15 U.S.C. §1692 et seq.

### BY DEFENDANT WAM

12. Plaintiff re-alleges and incorporates paragraphs 1 through 11 above as if fully stated herein.

13. Upon information and belief the foregoing acts and omissions of Defendant **WAM,** as further described within this Complaint, constitute violations of certain

provisions of the FDCPA, and as such, each and every provision of 15 U.S.C. §1692 et seq., are at issue.

14. Upon information and belief, Defendant **WAM** has specifically violated 15 U.S.C. §1692c(a)(2) by directly contacting the Plaintiff despite knowing that Plaintiff was represented by counsel on the matter at issue.

15. Upon information and belief, Defendant **WAM** has specifically violated 15 U.S.C. §1692e(2) by attempting to collect on a debt unauthorized by law, to wit, attempting to collect on a debt that Defendant **WAM** had failed to properly validate after being requested to do so in writing by the Plaintiff.

16. Upon information and belief, Defendant **WAM** has specifically violated 15 U.S.C. §1692e(10) by falsely representing to the Plaintiff that she owed on a debt that Defendant **WAM** had failed to properly validate after being requested to do so in writing by the Plaintiff.

17. As a result of this violation of the FDCPA by Defendant **WAM**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. §1692k(a)(1-3) from Defendant **WAM**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **WAM** for an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages pursuant to 15 U.S.C. §1692k(a)(2); the costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3); and such other relief the Court deems just, equitable and proper.

## COUNT TWO

## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT
## (FCCPA) BY DEFENDANT WAM

18. Plaintiff re-alleges and incorporates paragraphs 1 through 11 above as if fully stated herein.

19. That Defendant **WAM** violated the Florida Consumer Collection Practices Act §559 *et seq.* including, but not limited to, violations of §559.72(9), by attempting to collect on a debt unauthorized by law, to wit, attempting to collect on a debt which Defendant **WAM** had failed to verify after being requested to in writing by the Plaintiff.

20. That Defendant **WAM** violated the Florida Consumer Collection Practices Act §559 *et seq.* including, but not limited to, violations of §559.72(18), by directly contacting the Plaintiff on an alleged debt after Defendant **WAM** knew that Plaintiff was represented by counsel on this matter.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **WAM** for an award of:

    a.    Statutory damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    Such other relief the Court deems just, equitable and proper, including punitive damages and equitable relief.

## JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S.

Constitution, Amendment 7 and F.R.C.P. 38.

Dated this _____ day of March, 2009.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**20423 State Road 7**
**Suite F6-477**
**Boca Raton, FL 33498**
**Tel: 954-334-7670**
**Fax: 954-334-7668**

**Filed by: Paul A. Herman, Esq**
**FL Bar #0405175**
**Joel A. Brown, Esq**
**FL Bar #0066575**
**Attorney for Plaintiff**

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

ALEXANDRIA S. DEJESUS

**DEFENDANTS**

WEST ASSET MANAGEMENT, INC.

**(b)** County of Residence of First Listed Plaintiff   PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   PALM BEACH
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

FAIR CREDIT LAW GROUP (PAUL A HERMAN, JOEL A BROWN) 3330 NW 53RD STREET, SUITE 306 FORT LAUDERDALE, FL 33309

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE
                                                                                                                                                 HIGHLANDS

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

9:09 CV 80399-WPD-RSR

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                              and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Re-filed- (see VI below)   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO          b) Related Cases ☐ YES ☒ NO

JUDGE                                                        DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

15 USC 1692 et seq (FDCPA)

LENGTH OF TRIAL via _TWO_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23          DEMAND $                    CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE          SIGNATURE OF ATTORNEY OF RECORD          DATE  3/3/09

FOR OFFICE USE ONLY

AMOUNT  350 oo          RECEIPT #  545668          IFP